

**Sacco & Fillas, LLP**
Attorneys at Law

**31-19 Newtown Avenue**
**Seventh Floor**
**Astoria, NY 11102**

**Tel: 718 746-3440**
**Direct: 718 269-2243**
**Direct Fax: 718 559-6517**

**ctucker@saccofillas.com**
**www.saccofillas.com**

Tonino Sacco*
Elias N. Fillas
———————
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
———————
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Scott W. Clark
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

June 10, 2026

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Guarcax Chilel v. Lagada Corp. d/b/a Ritz Diner, et al.,* No. 25-cv-07389 (LJL)

Dear Judge Liman:

We represent Plaintiff in this matter. We write, with Defendants' consent, to respectfully request a fourteen-day extension of the parties' deadline to submit their joint settlement approval materials, currently due June 10, 2026, and an adjournment of the settlement fairness hearing currently scheduled for June 16, 2026.

The parties have reached a settlement in principle and are working cooperatively to finalize the settlement documents and joint submission required by the Court's May 14, 2026 Order.

Accordingly, Plaintiff respectfully requests that the deadline for the parties' joint settlement approval submission be extended to June 24, 2026, and that the June 16, 2026 fairness hearing be adjourned to a date convenient for the Court after that submission deadline.

This is the first request for an extension of these deadlines. No prejudice will result from the requested brief extension.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker, Esq.

The request is GRANTED.
The settlement fairness hearing is rescheduled for June 26 at 10:00 a.m.
Date: June 11, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024