

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
———
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
———
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Scott W. Clark
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

June 24, 2026

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Guarcax Chilel v. Lagada Corp. d/b/a Ritz Diner, et al.,* No. 25-cv-07389 (LJL)

Dear Judge Liman:

We represent Plaintiff in this matter. We write jointly with Defendants to respectfully request an additional fourteen-day extension of the parties' deadline to submit their settlement materials, currently due June 24, 2026, and an adjournment of the settlement fairness hearing currently scheduled for June 26, 2026.

The parties will be resolving this case through a Rule 68 Offer of Judgment (the "Offer") pursuant to Mei Xing Yu v. Hasaki Rest., Inc., 944 F.3d 395, 414 (2d Cir. 2019). However, additional time is needed to finalize the Rule 68 Materials.

As such, the parties respectfully request that the deadline to submit settlement materials to the Court be converted to a deadline to submit the Offer, and be extended by two weeks. In addition, the parties request that the settlement fairness hearing currently scheduled for June 26, 2026 be adjourned sine die. This is the second request of its kind. No prejudice will result from the requested brief extension.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Scott William Clark*
Scott William Clark, Esq.

The request is GRANTED. The deadline for the parties to submit the Offer of Judgment is July 8, 2026. The settlement fairness hearing is adjourned sine die.
Date: June 25, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

| Main Office | Bayside Office | Manhattan Office | New Jersey Office |
|---|---|---|---|
| 31-19 Newtown Avenue | 42-40 Bell Boulevard | 32 Broadway | 2160 North Central Road |
| Seventh Floor | Suite 300 | Suite 1818 | Suite 306 |
| Astoria, NY 11102 | Bayside, NY 11361 | New York, NY 10004 | Fort Lee, NJ 07024 |