UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS EDUARDO GUARCAX CHILEL, individually and on behalf of others similarly situated,

Plaintiff,

-against-

LAGADA, CORP. (D/B/A RITZ DINER), ACROPOL REST. CORP. (D/B/A RITZ DINER), and GEORGE KALOGERAKOS,

Defendants.

Case No.: 25-CV-07389 (LJL)

JUDGMENT

Plaintiff having accepted Defendants' Rule 68 Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a), and the Offer, Notice of Acceptance, and proof of service having been filed, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of Plaintiff Luis Eduardo Guarcax Chilel and against Defendants Lagada, Corp. (d/b/a Ritz Diner), Acropol Rest. Corp. (d/b/a Ritz Diner), and George Kalogerakos, jointly and severally, on Plaintiff's individual claims in the total amount of Eight Thousand Five Hundred Dollars and Zero Cents ($8,500.00).

2. The Judgment Amount is inclusive of all damages, liquidated damages, statutory damages, interest, attorneys' fees, and costs arising from the claims asserted by Plaintiff in this action through the date of the Rule 68 Offer of Judgment.

3. Defendants shall satisfy this Judgment by delivering to Plaintiff's counsel, within twenty-one (21) calendar days after service of Plaintiff's written notice accepting the Rule 68 Offer of Judgment, and in no event later than twenty-one (21) calendar days after entry of this Judgment, two checks as follows:

   3.1. $5,124.30 payable to "Luis Eduardo Guarcax Chilel"; and

   3.2. $3,375.70 payable to "Sacco & Fillas LLP" for attorneys' fees and costs.

4. The check payable to Sacco & Fillas LLP shall be delivered without deduction or withholding. Payment shall not be conditioned on Plaintiff or Plaintiff's counsel executing any release, tax form, affidavit, or other document not expressly set forth in the Rule 68 Offer of Judgment or this Judgment.

5. This Judgment resolves only Plaintiff's individual claims. Any putative collective or class allegations in this action are dismissed without prejudice as to non-parties.

6. If Defendants do not timely satisfy this Judgment, Plaintiff may enforce it for the full unpaid amount, together with post-judgment interest as provided by 28 U.S.C. § 1961, and may seek reasonable attorneys' fees and costs incurred in enforcing this Judgment.

7. Within seven (7) calendar days after receipt and clearance of all funds required by this Judgment, Plaintiff shall file a satisfaction of judgment.

Dated: New York, New York
August 13, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge