UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS EDUARDO GUARCAX CHILEL, individually and on behalf of others similarly situated,

Plaintiff,

-against-

LAGADA, CORP. (D/B/A RITZ DINER), ACROPOL REST. CORP. (D/B/A RITZ DINER), and GEORGE KALOGERAKOS,

Defendants.

Case No.: 25-CV-07389 (LJL)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 13th day of August 2026, in favor of Plaintiff Luis Eduardo Guarcax Chilel against Defendants Lagada, Corp. (d/b/a Ritz Diner), Acropol Rest. Corp. (d/b/a Ritz Diner), and George Kalogerakos, jointly and severally, in the amount of $8,500.00, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Queens, New York
August 19, 2026

Clifford Tucker, Esq.
SACCO & FILLAS LLP
31-19 Newtown Ave., 7th Floor
Astoria, New York 11102
Phone: 718-269-2243
Email: ctucker@saccofillas.com
*Attorneys for Plaintiff*

STATE OF NEW YORK)

) ss.:

COUNTY OF QUEENS )

On the 19 th day of August, 2026, before me personally came Clifford Tucker, to me known and known to be an attorney at Sacco & Fillas LLP, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

Notary Public

JOHN P. MARGAND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MA6206777
Qualified in Westchester County
Commission Expires May 25, 2029